UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

In re:  
Robert B. Graf  
and  
Alexandra M. Graf,  
    Debtors

BK. No. 11-10257-JMD  
Chapter 7

## Notice of Appearance and Request for Notice

Now comes, John S. Clifford, Esq., of Hughes Law Office, PLLC, attorney for creditor, Mascoma Savings Bank, fsb, and files this Notice of Appearance and Request for Notice in the above-captioned matter pursuant to LBR 9010.

Please submit all notices in the above-captioned case to the attention of the undersigned at the e-mail address listed below.

Dated: February 9, 2011

Mascoma Savings Bank, fsb  
By its attorneys

**Hughes Law Office, PLLC**

By: /s/ John S. Clifford  
106 Hanover Street, Ste. 301  
Lebanon, NH 03766  
(603) 448-3355  
jsc.hugheslaw@myfairpoint.net

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the foregoing pleading upon counsel of record for the Debtors, Brad Davis, Esq., 59 Central Street, Franklin, NH, 03230, bdavis@seufertlaw.com through the court's electronic filing system on this the 9th day of February, 2011.

/s/ John S. Clifford