UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| In re: Robert B. Graf<br>Alexandra M. Graf<br>Debtor(s) | Bk. No. 11-10257-JMD<br>Chapter 7 |

## ORDER

Upon the Chapter 7 Trustee's Application to Employ Counsel to Trustee, it is hereby authorized:

1. That the Trustee may employ Victor W. Dahar, Esquire and the firm of Victor W. Dahar, P.A. on a general retainer basis; and

2. That the firm will be compensated at its usual hourly rates, subject to hearing, review and approval by the Court.

Dated: March 03, 2011

/s/ J. Michael Deasy
Judge, U.S. Bankruptcy Court