UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

In re:  Robert B. Graf  ) Bk. No. 11-10257-JMD
        Alexandra M. Graf ) Chapter 7
                Debtor(s) )

## ORDER

Upon the Chapter 7 Trustee's Application to Employ Counsel to Trustee, it is hereby authorized:

1. That the Trustee may employ Victor W. Dahar, Esquire and the firm of Victor W. Dahar, P.A. on a general retainer basis; and

2. That the firm will be compensated at its usual hourly rates, subject to hearing, review and approval by the Court.

Date: March 03, 2011

/s/ J. Michael Deasy
Judge, U.S. Bankruptcy Court

```
United States Bankruptcy Court
District of New Hampshire
```

In re:                                                                    Case No. 11-10257-JMD
Robert B. Graf                                                            Chapter 7
Alexandra M. Graf
        Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0102-1          User: cmw              Page 1 of 1              Date Rcvd: Mar 03, 2011
                              Form ID: pdf959        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 05, 2011.
db/jdb        +Robert B. Graf,    Alexandra M. Graf,    67 Route 104,   Danbury, NH 03230-4376

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 05, 2011**                **Signature:**     _/s/ Joseph Speetjens_